UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RAMESH KUMAR WADHWA,       ) | |
| ) | |
| Petitioner,    ) | |
| ) | CIVIL ACTION NO. |
| VS.    ) | |
| ) | 3:04-CV-1687-G |
| DOUGLAS DRETKE, Director, Texas    ) | |
| Department of Criminal Justice,    ) | |
| Correctional Institutions Division,    ) | |
| ) | |
| Respondent.    ) | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and recommendation of the magistrate judge are correct and they are hereby accepted as the findings of the court, except for the following: (1) on page 4, lines 3-4, the citation should read "*United States v. Herrera*, No. 04-50633, 2005 WL 1367821, at *1 (5th Cir. June 10, 2005);" (2) on page 6, line 2, the word "of" should be changed to "on;" (3) on page 8, line 8, the citation should read "*Dunagan v. Dretke*, No. Civ. A. 3:03-CV-0374-D, 2004 WL 936875, at *7-12 (N.D. Tex. Apr. 28, 2004);" (4) on page 13, line 14, the word "consequences" should be changed to "consequence;" and

(5) on page 13, at footnote 6, the citation should read "*Jamme v. Cockrell*, No. Civ. A. 3:01-CV-1370-L, 2002 WL 1878403, at \*5 (N.D. Tex. Aug. 12, 2002)."

It is therefore **ORDERED** that the findings, except as modified above, are **ADOPTED** as the findings and conclusions of the court.

July 18, 2005.

_____
A. JOE FISH
CHIEF JUDGE