ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR - 9 2007

CLERK, U.S. DISTRICT COURT
By _____
            Deputy

| | |
|---|---|
| RAMESH KUMAR WADHWA, | § |
| Petitioner, | § |
| VS. | § NO. 3-04-CV-1687-G |
| | § |
| NATHANIEL QUARTERMAN, Director | § |
| Texas Department of Criminal Justice, | § |
| Correctional Institutions Division, | § |
| Respondent. | § |

## RECOMMENDATION REGARDING MOTION
## TO PROCEED IN FORMA PAUPERIS ON APPEAL

The court has considered the appellant's application for leave to proceed *in forma pauperis* on appeal, the certified trust fund account statement or institutional equivalent, and all consents and other documents required by the agency having custody of the appellant to withdraw funds from the account.

( )  The application for leave to proceed *in forma pauperis* on appeal pursuant to 28 U.S.C. § 1915 should be GRANTED.
  ( )  The plaintiff should be assessed an initial partial appellate fee of $ ____. *See* 28 U.S.C. § 1915(b)(1).
  ( )  The plaintiff should not be assessed an initial partial appellate fee. *See* 28 U.S.C. § 1915(b)(1).
  ( )  The plaintiff should pay $ ____, the balance of the appellate filing fee, in monthly installments. *See* 28 U.S.C. § 1915(b)(2)
(X)  The motion for leave to proceed *in forma pauperis* on appeal should be DENIED for the following reasons:
  ( )  The plaintiff is not a pauper.
  ( )  The plaintiff has not complied with the requirements of 28 U.S.C. § 1915(a)(1) or (a)(2). *See* Notice of Deficiency and Order filed on _____.
  (X)  Pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3), and for the reasons stated in the Order Striking and Unfiling Document, filed on January 30, 2007, and in the Order Striking and Unfiling Document, filed on February 13, 2007, the court should certify that the appeal is not taken in good faith.

DATE: March 9, 2007.

JEFF KAPLAN
UNITED STATES MAGISTRATE JUDGE