UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RAMESH KUMAR WADHWA, )<br>)<br>Petitioner, )<br>) <br>VS. )<br>)<br>NATHANIEL QUARTERMAN, Director, )<br>Texas Department of Criminal Justice, )<br>Correctional Institutions Division, )<br>)<br>Respondent. ) | CIVIL ACTION NO.<br><br>3:04-CV-1687-G<br><br>**ECF** |

## ORDER OF THE COURT

Considering the record in this case, and pursuant to Federal Rule of Appellate Procedure 22(b) and 28 U.S.C. § 2253 (c), the court hereby **ORDERS**:

COA:

( )   a Certificate of Appealability is **GRANTED** on the following issues: _____

(**X**)   a Certificate of Appealability is **DENIED**. The court hereby incorporates by reference the Judgment/Mandate of USCA entered in this case on October 11, 2006, this court's order striking and unfiling document, filed on January 30, 2007, and this court's order striking and unfiling document, filed on February 13, 2007, in support of its finding that petitioner has failed to make a substantial showing of the denial of

      a federal constitutional right.  See *Slack v. McDaniel*, 529 U.S. 473, 120 S. Ct. 1595, 1602, 146 L. Ed .2d 542 (2000).

May 31, 2007.

                                                  A. JOE FISH
                                                  CHIEF JUDGE